# Court of Appeals
# of the State of Georgia

ATLANTA,___April 02, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1383.  VINCENT A. BELL v. L&W SUPPLY CORPORATION.**

The trial court entered a default judgment against Vincent A. Bell in this suit on an account.  Bell filed a "Motion to Open Default Judgment," which the trial court denied.  Bell then appealed directly to this Court.  We, however, lack jurisdiction.

"In situations where a final judgment has been entered, default cannot be opened unless and until the final judgment has been set aside pursuant to OCGA § 9-11-60 (d).  And, the denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." (Punctuation and citations omitted.) *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006).  Given Bell's failure to follow the requisite appellate procedure, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_04/02/2013_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

, *Clerk.*